UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES GOMORY, individually, and on behalf of all others similarly situated who consent to their inclusion in a collective action,

    Plaintiff,

v.                            Case No: 2:15-cv-657-FtM-99MRM

CITY OF NAPLES,

    Defendant.

**ORDER**

    This matter came before the Court for a hearing on Plaintiff's Unopposed Motion (Doc. #32) seeking reconsideration of this Court's Order (Doc. #30) denying the parties' Joint Stipulation of Dismissal (Doc. #29). Based on the representations counsel made at the November 4, 2016 hearing, the Court accepts that: i) the parties have mutually abandoned their prior proposed settlement agreement (Doc. #19-1) and their settlement attempts; ii) the eight Opt-in Plaintiffs wish to withdraw their consent to proceed as parties to this lawsuit (Doc. #34); iii) Plaintiff James Gomory wishes to voluntarily dismiss his FLSA claim against Defendant for unpaid overtime wages and liquidated damages without prejudice; and iv) the parties will bear their own costs and attorneys' fees.

Accordingly, it is hereby

**ORDERED:**

1. The Court **accepts** the Notice of Withdrawal of Consents to Join (Doc. #34) filed on behalf of the eight Opt-in Plaintiffs.

2. The Court **grants** Plaintiff's Unopposed Motion for Reconsideration of the Court's Order Denying the Parties' Joint Motion to Dismiss (Doc. #32).

3. The parties' Joint Stipulation of Dismissal (Doc. #29) is **granted** and this case is **dismissed without prejudice**, with the parties bearing their own costs and attorneys' fees.

4. The Clerk is directed to terminate all previously scheduled deadlines and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this 4th day of November, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record